UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:08-cv-00387-JG

| | |
|---|---|
| ALFONZO MYERS, LATANAYA MYERS, LARRY JOHNSON and BARBARA JOHNSON, <br><br> Plaintiffs, <br><br> v. <br><br> LIZARD LICK TOWING & RECOVERY, LLC, <br><br> Defendant. | **NOTICE OF SETTLEMENT** |

Notice is hereby given that Plaintiffs Alfonzo Myers, Latanaya Myers, Larry Johnson and Barbara Johnson and Defendant Lizard Lick Towing & Recovery, LLC have reached a settlement in the above-named case. Under the otherwise confidential terms of this settlement, the parties request that they be given until Friday, July 5, 2009 to file their Stipulation of Dismissal with Prejudice in the matter.

Respectfully submitted, this the 20th day of May, 2009.

/s/ Sam McGee
Sam McGee
JACKSON & MCGEE, LLP
521 East Boulevard
Charlotte, NC 28203

Of Counsel:

William P. Howard, Esq.
Morgan & Morgan, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602

*Attorneys for Plaintiffs*

/s/ John W. Ormand III
John W. Ormand III
N.C. State Bar No. 14160
Email: jormand@brookspierce.com
BROOKS, PIERCE, McLENDON,
 HUMPHREY & LEONARD, L.L.P.
P.O. Box 1800
Raleigh, NC 27602
Telephone: 919-839-0300
Facsimile: 919-839-0304

*Attorney for Defendant*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:08-cv-00387-JG

| | |
|---|---|
| ALFONZO MYERS, LATANAYA MYERS, LARRY JOHNSON and BARBARA JOHNSON,<br><br>    Plaintiffs,<br><br> v.<br><br>LIZARD LICK TOWING & RECOVERY, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

This hereby certify that on May 20, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Sam McGee; and I hereby certify that I have mailed the document to the following non-CM/ECF participant:

    William P. Howard, Esq.
    Morgan & Morgan, P.A.
    One Tampa City Center
    201 N. Franklin Street, 7th Floor
    Tampa, FL 33602

    /s/ John W. Ormand III
    John W. Ormand III
    N.C. State Bar No. 14160
    Email: jormand@brookspierce.com
    BROOKS, PIERCE, McLENDON,
     HUMPHREY & LEONARD, L.L.P.
    P.O. Box 1800
    Raleigh, NC 27602
    Telephone: 919-839-0300
    Facsimile: 919-839-0304
    *Attorney for Defendant*