# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
## Case No. 5:08-cv-00387-FL

| | |
|---|---|
| ALFONZO MYERS, LATANAYA MYERS, LARRY JOHNSON and BARBARA JOHNSON, | )<br>)<br>) |
| Plaintiffs, | ) |
| v. | ) **STIPULATION OF DISMISSAL** |
| LIZARD LICK TOWING & RECOVERY, LLC, | )<br>) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that the above entitled action – including without limitation all claims asserted or that might have been asserted in this action – is hereby dismissed, with prejudice, with each party bearing their own costs and attorneys' fees.

This the 30th day of June, 2009.

/s/ Sam McGee
Sam McGee
N.C. State Bar No. 25343
JACKSON & MCGEE, LLP
521 East Boulevard
Charlotte, NC 28203
Telephone: 704-377-6680
Facsimile: 704-377-6690
Email: smcgee@ncadvocates.com
*Attorney for Plaintiffs*

/s/ John W. Ormand III
John W. Ormand III
N.C. State Bar No. 14160
BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, LLP
P. O. Box 1800
Raleigh, NC 27602
Telephone: 919-839-0300
Facsimile: 919-839-0304
Email: jormand@brookspierce.com
*Attorney for Defendant*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:08-cv-00387-FL

| | |
|---|---|
| ALFONZO MYERS, LATANAYA MYERS, LARRY JOHNSON and BARBARA JOHNSON, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| LIZARD LICK TOWING & RECOVERY, LLC, | ) ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Marcus Samuel McGee, Esq.; and I hereby certify that I have mailed the document to the following non-CM/ECF participant:

William P. Howard, Esq.
Morgan & Morgan, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602

Respectfully submitted,

/s/ John W. Ormand III
John W. Ormand III
N.C. State Bar No. 14160
BROOKS, PIERCE, McLENDON,
HUMPHREY & LEONARD, LLP
P. O. Box 1800
Raleigh, NC 27602
Telephone: 919-839-0300
Facsimile: 919-839-0304
Email: jormand@brookspierce.com